JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.K.B., ET AL., | Case No. CV 23-1067-KK-JDEx |
| Plaintiff, | |
| v. | JUDGMENT |
| CITY OF AZUSA, ET AL., | |
| Defendant. | |

    Pursuant to the Order Granting Defendants' Motion for Summary Judgment, IT IS HEREBY ADJUDGED that Judgment is entered in favor of Defendants City of Azusa, Michael Bertelson, David Aguilar, Richard Martinez, Michael DeAnda, and Thomas Avila.  Plaintiffs' Complaint against Defendants is hereby DISMISSED with prejudice.  (JS-6)

Dated:  May 31, 2024

HONORABLE KENLY KIYA KATO
United States District Judge